|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 27 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: BRANDON ADAMS.

_____

BRANDON ADAMS,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

        Respondent,

ELIZABETH BROWN; RORY WUNSCH,

        Real Parties in Interest.

No. 24-936

D.C. No. 2:23-cv-01923-CDS-MDC
District of Nevada,
Las Vegas

ORDER

Before: FRIEDLAND, VANDYKE, and MENDOZA, Circuit Judges.

    Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition for a writ of mandamus, as supplemented, is denied.

    No further filings will be entertained in this closed case.

    **DENIED.**