# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Brandon Adams, | 2:23-cv-01923-CDS-MDC |
| Plaintiff(s), | 2:24-cv-00216-CDS-MDC |
| | 2:24-cv-00219-CDS-MDC |
| | 2:24-cv-00220-CDS-MDC |
| | 2:24-cv-00282-CDS-MDC |
| | 2:24-cv-00392-CDS-MDC |

**Report and Recommendation**

Plaintiff Brandon Adams has failed to comply with the Order[1] to either file a long-form IFP or pay the full filing fee by April 9, 2024. Plaintiff was warned that failure to comply with the Order would result in a recommendation that the case be closed.

Accordingly,

**IT IS RECOMMENDED that** the following cases are dismissed and closed:

    2:23-cv-01923-CDS-MDC
    2:24-cv-00216-CDS-MDC
    2:24-cv-00219-CDS-MDC
    2:24-cv-00220-CDS-MDC
    2:24-cv-00282-CDS-MDC
    2:24-cv-00392-CDS-MDC

## <u>NOTICE</u>

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

---

[1]The Court entered the same order in each of Mr. Adams's following matters:
 *Adams v. Brown et al*, 2:23-cv-01923-CDS-MDC (ECF No. 52);
*Adams v. CT et al*, 2:24-cv-00216-CDS-MDC (ECF No. 8);
*Adams v. CT et al*, 2:24-cv-00219-CDS-MDC (ECF No. 7);
*Adams v. CT et al*, 2:24-cv-00220-CDS-MDC (ECF No. 5);
*Adams v. Garci*, 2:24-cv-00282-CDS-MDC (ECF No. 8);
*Adams v. PACER Service Center et al*, 2:24-cv-00392-CDS-MDC (ECF No. 11);

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

DATED this 12th day of April 2024.

IT IS SO RECOMMENDED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge